Gregory A. Rougeau (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 830
San Francisco, California 94104
Telephone:     (415) 992-8940
Facsimile:     (415) 291-8957
Email: grougeau@brlawsf.com

Attorneys for Chapter 7 Debtor
SHEILA ILEANA NICKOLOPOULOS

Signed and Filed: March 24, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BAKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SHEILA ILEANA NICKOLOPOULOS,<br><br>Debtor. | Case No. 25-30167 DM 7<br><br>**ORDER GRANTING SECOND EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

    This matter came before the Court on the Second Ex Parte Application (Docket No. 17) of SHEILA ILEANA NICKOLOPOULOS (the "Debtor"), the debtor in the above-captioned Chapter 7 case, for entry of an Order extending the deadline to file her Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") to March 26, 2025.

    It appears to the satisfaction of the Court, having read the Debtor's Application, that good cause exists for granting the Application. Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.    The Debtor's Second Ex Parte Application is GRANTED;

2. The deadline for the Debtor to file her Schedules and Statement of Financial Affairs is hereby extended to March 26, 2025.

3. Failure to file required documents by the extended deadline or obtain further extension of time may result in dismissal without further notice or hearing.

**END OF ORDER**

COURT SERVICE LIST