Gregory A. Rougeau (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 830
San Francisco, California 94104
Telephone:     (415) 992-8940
Facsimile:     (415) 291-8957
Email: grougeau@brlawsf.com

Attorneys for Chapter 7 Debtor
SHEILA ILEANA NICKOLOPOULOS

# UNITED STATES BAKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No. 25-30167 DM 7 |
|---|---|
| SHEILA ILEANA NICKOLOPOULOS, Debtor. | **DEBTOR'S FOURTH EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

SHEILA ILEANA NICKOLOPOULOS (the "Debtor"), the debtor herein, respectfully submits this Fourth Application for entry of an Order extending the deadline to file her Schedule of Assets and Liabilities (the "Schedules") (together with the associated Declaration, Official Form 106Dec), and Statement of Financial Affairs (the "Statement") as follows:

**SUMMARY OF RELIEF REQUESTED**

This Application requests entry of an Order extending the deadline for the Debtor to file her Schedules and Statement of Financial Affairs to April 6, 2025.

# BACKGROUND AND BASIS FOR RELIEF

The Debtor commenced this Chapter 11 case on March 3, 2025 (the "Petition Date"). The filing of the Debtor's Voluntary Petition was done on an emergency, or "skeletal" basis, to stay litigation commenced against her, and her estranged husband Christopher Nickolopoulos (who has separately filed for Chapter 7 relief; *In re Christopher Louis Nickolopoulos*, Chapter 7 Case No. 25-30164), by a former commercial landlord (related to two restaurant leases).

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, and pursuant to an Order by the Court (Docket No. 3), the Debtor was required to file her Schedules and Statement of Financial Affairs by March 17, 2025. The Debtor timely moved for an extension to file her Schedules and Statement of Financial Affairs to March 21, 2025, and that extension was granted by the Court (Docket No. 16). The Debtor then applied for a further extension, as the undersigned counsel was unable, due to Court commitments, to meaningfully confer with the Debtor regarding her Schedules and Statement of Financial Affairs (Docket No. 17). That application was also approved by the Court (Docket No. 18). The Debtor then filed a further application, so that counsel could fully determine whether there are community debts (and claims against Mr. Nickolopulos' estate) that required investigation and disclosure, and that application was also granted (Docket No. 20).

With counsel, the Debtor continues to investigate the thorny issues that have arisen in this case, including community property issues, and the disposition of a prepetition family trust of which she and Mr. Nickolopoulos were trustees, which, until recently, owned the Debtor's home. The Debtor requires an additional extension of time (and presumably the final extension of time) to complete her initial pleadings. Good cause exists for granting the relief requested herein.

The Debtor respectfully requests an additional extension to April 6, 2025 to file the Schedules and Statement of Financial Affairs. The Debtor respectfully submits that the requested extension is appropriate, as the relief requested herein will not interfere with the progress of this case whatsoever, as the Section 341 meeting of creditors is scheduled to occur on April 23, 2025.

The Debtor respectfully submits that the relief requested herein is not controversial, will promote the completeness and correctness of the Debtor's initial pleadings, and that the Court should grant this Application.

WHEREFORE, the Debtor moves the Court for entry of an Order:

1. Further extending the deadline for Debtor to file her Schedules and Statement of Financial Affairs to April 6, 2025; and

2. Granting such further relief as the Court deems appropriate and necessary.

Dated: March 31, 2025

BRUNETTI ROUGEAU LLP

By: */s/ Gregory A. Rougeau*
Gregory A. Rougeau
Attorneys for
SHEILA ILEANA NICKOLOPOULOS,
Debtor