**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sheila Ileana Nickolopoulos** |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 25-30167 |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $   950,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $   415,713.89 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $   1,365,713.89 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   294,843.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $   5,151.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $   380,475.52 |
| **Your total liabilities** | $   680,469.52 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $   8,372.39 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $   8,668.50 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case: 25-30167   Doc# 23   Filed: 04/14/25   Entered: 04/14/25 16:26:51   Page 1 of 37

Debtor 1    **Sheila Ileana Nickolopoulos**    Case number *(if known)* **25-30167**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 2 of 37

**Statement Re: Schedules of Assets and Liabilities**

The Debtor commenced the above-referenced Chapter 7 case on March 3, 2025. The Chapter 7 case was precipitated by litigation commenced against Debtor and her estranged husband, Christopher Nickolopoulos, for breach of two restaurant leases, for restaurants operated by Mr. Nickolopoulos. The Debtor had signed such leases as a tenant, though she did not participate in the management of either restaurant.

Prior to the commencement of this Chapter 7 case, Mr. Nickolopoulos commenced a separate Chapter 7 case, which has been assigned Chapter 7 Case No. 25-30164.

The Debtor and Mr. Nickolopoulos were married on May 31, 2006. They separated on November 19, 2022. They have two minor daughters, who live with the Debtor.

On June 27, 2023, Debtor commenced a marital dissolution proceeding against Mr. Nickolopoulos in the Superior Court of California, City and County of San Francisco (*In re Marriage of Nickolopoulos*, Case No. FDI-23-798233; the "Marital Dissolution Proceeding"). Following the commencement of that case, the Debtor and Mr. Nickolopoulos entered into a Marital Separation Agreement (the "MSA"), dated February 20, 2025, to facilitate entry of judgment dissolving their marriage. While a proposed judgment was submitted to the San Francisco Superior Court prior to the commencement of the parties' respective Chapter 7 cases, judgment had not been entered as of March 3, 2025.

The Debtor has scheduled her assets and liabilities herein according to the date of separation (November 19, 2022), as separate property, and as delineated in the parties' MSA. She has disclosed all known assets and liabilities, but believes that Mr. Nickolopoulos may have failed to fully account for his assets and liabilities during the pendency of the Marital Dissolution Proceeding and during the negotiation of the MSA. Accordingly, while the Debtor has accounted for known assets and liabilities, there may be community assets and liabilities of which Debtor presently has no knowledge. To the extent that she discovers any presently unknown community assets or liabilities, Debtor will amend her Schedules accordingly.

While the character of the respective assets and liabilities may be subject to future Court determination, the Debtor, pursuant to California Family Code Section 70 *et seq*., submits that the division of assets in the MSA is appropriate. The Debtor expects that the Schedules submitted by Mr. Nickolopoulos in his Chapter 7 case will reflect assets and liabilities that, by agreement in the MSA, are his alone. Those assets and liabilities are not reflected in Debtor's Schedules.

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Sheila Ileana Nickolopoulos | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number   25-30167

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**1113A York Street**
Street address, if available, or other description

**San Francisco**    **CA**    **94110-0000**
City    State    ZIP Code

**San Francisco**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $950,000.00 | $950,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................=>

| $950,000.00 |
|---|

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 4 of 37

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Mini Cooper** |
|---|---|---|

Who has an interest in the property? Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: **Countryman**

Year: **2016**

Approximate mileage: **83,200**

Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property?  **$7,450.00**

Current value of the portion you own?  **$7,450.00**

| 3.2 | Make: | **Vespa** |
|---|---|---|

Who has an interest in the property? Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:

Year: **2018**

Approximate mileage: **4,100**

Other information:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property?  **$2,505.00**

Current value of the portion you own?  **$2,505.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>   **$9,955.00**

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Misc. household furnishings;<br>1113A York St.,<br>San Francisco, CA 94110 | **$7,000.00** |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| Misc. household electronics (computers, televisions, etc.)<br>1113A York St.<br>San Francisco, CA 94110 | **$2,000.00** |
|---|---|

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 5 of 37

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Misc. clothing;<br>1113A York St.,<br>San Francisco, CA 94110 | **$2,000.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Misc. jewelry;<br>1113A York St.,<br>San Francisco, CA 94110 | **$8,000.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Pets (two dogs; one cat; no monetary value);<br>1113A York St.<br>San Francisco, CA 94110 | **Unknown** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................

| |
|---|
| **$19,000.00** |

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ■ No
    ☐ Yes..................................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ■ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Prime Checking- 6603 | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995 | $10,125.85 |
| 17.2. | Savings- 2577 | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995<br>(Account dedciated for property tax payments) | $1,340.11 |
| 17.3. | Checking- 3525 | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995<br>(York Street HOA; jointly held with other HOA members) | $17,595.53 |
| 17.4. | Way2Save Savings- 2347 | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995<br>(Joint account held with minor daughter, Tula Nickolopoulos) | $1,909.70 |
| 17.5. | Platinum Savings | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995<br>(Joint account with minor daughter, Sylvia Nickolopoulos) | $1,335.21 |
| 17.6. | Checking- 3170 | LendingClub, N.A.<br>1 Harbor St., Suite 201<br>Boston, MA 02210 | $1.89 |
| 17.7. | Checking- 0622 | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995<br>(Joint account held with minor daughter, Tula Nickolopoulos) | $936.55 |
| 17.8. | Checking- 0580 | Wells Fargo Bank, N.A.<br>P.O. Box 6995<br>Portland, OR 97228-6995<br>(Joint account held with minor daughter, Sylvia Nickolopoulos) | $332.21 |
| 17.9. | Checking- 9170 | LendingClub, N.A.<br>1 Harbor St., Suite 201<br>Boston, MA 02210 | $26.28 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes..................    Institution or issuer name:

Official Form 106A/B                    Schedule A/B: Property                    page 4

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ■ No

    ☐ Yes. Give specific information about them...................
                            Name of entity:                                        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No

    ☐ Yes. Give specific information about them
                             Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Charles Schwab & Co., Inc.**<br>**P.O. Box 982603**<br>**El Paso, TX 79998-2603**<br>**Roth Contributory IRA** | **$20,533.03** |
| **401(A)** | **TIAA Cref 401A DC Plan**<br>**730 Third Ave.**<br>**New York, NY 10017-3206** | **$7,804.27** |
| **IRA** | **LPL Financial IRA**<br>**Attn: Lisa Sloan**<br>**334 NE Irving Ave., Suite 102**<br>**Bend, OR 97701** | **$154,828.00** |
| **Profit-Sharing Plan** | **San Fancisco Deferred Compensation Plan-**<br>**Voya Financial**<br>**P.O. 990064**<br>**Hartford, CT 06199** | **$88,149.36** |
| **IRA** | **Fiduciary Trust Company of New Hampshire**<br>**P.O. Box 219638**<br>**Kansas City, MO 64121-9638** | **$24,096.92** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No

    ☐ Yes. ....................
                             Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No

    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☐ No

    ■ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 8 of 37

> **my529**
> **P.O. Box 145100**
> **Salt Lake City, UT 84114-5100**
> **(Beneficiary is Debtor's minor daughter, Sylvia Nickolopoulos)**                                **$22,461.93**

> **my529**
> **P.O. Box 145100**
> **Salt Lake City, UT 84114-5100**
> **(Beneficiary is Debtor's minor daughter, Tula Nickolopoulos)**                                **$35,282.05**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☒ No
- ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☒ No
- ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☒ No
- ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
- ☒ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☒ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☒ No
- ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **The Standard Fire Ins. Co.**<br>**One Tower Sq.**<br>**Hartford, CT 06183**<br>**(Property Insurance)** | **Sheila/Christopher Nickolopoulos** | **$0.00** |

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 9 of 37

|  |  |  |
|---|---|---|
| Genworth Life and Annuity Ins. Co.<br>6610 West Broad Street, Bldg. 2<br>Richmond, VA 23230<br>**(Term Life Insurance)** | **Sylvia Nickolopoulos;<br>Tula Nickolopoulos** | **$0.00** |
| Lemonade, Inc.<br>5 Crosby St.<br>New York, NY 10013<br>**(Vehicle Insurance)** | **Sheila Nickolopoulos** | **$0.00** |
| Safeco Ins. Co. of Illinois<br>P.O. Box 704000<br>Salt Lake City, UT 84170<br>**(Vespa insurance)** | **Sheila Nickolopoulos** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ■ Yes.  Describe each claim.........

|  |  |
|---|---|
| Debtor retains unliquidated claims against Chris Nickolopoulos, her husband (from whom she has been separated since November 19, 2022) for child support and child expenses. Given Mr. Nickolopoulos' negligible present income, and given that the minor children will incur expenses in the future, the precise amount of the claims against Mr. Nickolopoulos is presently unknown, and are subject to future determination. | **Unknown** |
| San Francisco Employee's Retirement System (SFERS): Debtor will receive retirement benefits from SFERS upon retirement. Debtor will be vested in approximately 7 years. The present value of such benefits is unknown to the Debtor, but was was attributed an actuarial value, during her separation from Christopher Nickolopoulos and for purposes of a Marital Separation Agreement between the parties, of $375,220.00, of which Christopher Nickolopoulos' share was attributed a value of $187,610.00 | **Unknown** |

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................... | **$386,758.89**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| | $0.00 |
|---|---|

**Part 8:**   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ......................................................................................................   **$950,000.00**

| Line | Description | Amount |
|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $9,955.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $19,000.00 |
| 58. | **Part 4: Total financial assets, line 36** | $386,758.89 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54**    + | $0.00 |

62. **Total personal property.** Add lines 56 through 61...    **$415,713.89**    Copy personal property total ▶    **$415,713.89**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

| | $1,365,713.89 |
|---|---|

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 11 of 37

| Debtor 1 | **Sheila Ileana Nickolopoulos** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 25-30167 | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt           **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1113A York Street San Francisco, CA 94110  San Francisco County** Line from *Schedule A/B*: **1.1** | $950,000.00 | ■ $657,089.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2016 Mini Cooper Countryman 83,200 miles** Line from *Schedule A/B*: **3.1** | $7,450.00 | ■ $7,450.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **2018 Vespa 4,100 miles** Line from *Schedule A/B*: **3.2** | $2,505.00 | ■ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Misc. household furnishings; 1113A York St., San Francisco, CA 94110** Line from *Schedule A/B*: **6.1** | $7,000.00 | ■ $7,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Misc. household electronics (computers, televisions, etc.) 1113A York St. San Francisco, CA 94110** Line from *Schedule A/B*: **7.1** | $2,000.00 | ■ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Misc. clothing;** **1113A York St.,** **San Francisco, CA 94110** Line from *Schedule A/B*: **11.1** | $2,000.00 | ■ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Misc. jewelry;** **1113A York St.,** **San Francisco, CA 94110** Line from *Schedule A/B*: **12.1** | $8,000.00 | ■ $8,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Prime Checking- 6603: Wells Fargo Bank, N.A.** **P.O. Box 6995** **Portland, OR 97228-6995** Line from *Schedule A/B*: **17.1** | $10,125.85 | ■ $11,791.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |
| **Prime Checking- 6603: Wells Fargo Bank, N.A.** **P.O. Box 6995** **Portland, OR 97228-6995** Line from *Schedule A/B*: **17.1** | $10,125.85 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Prime Checking- 6603: Wells Fargo Bank, N.A.** **P.O. Box 6995** **Portland, OR 97228-6995** Line from *Schedule A/B*: **17.1** | $10,125.85 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Savings- 2577: Wells Fargo Bank, N.A.** **P.O. Box 6995** **Portland, OR 97228-6995** **(Account dedciated for property tax payments)** Line from *Schedule A/B*: **17.2** | $1,340.11 | ■ $1,834.09 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Savings- 2577: Wells Fargo Bank, N.A.** **P.O. Box 6995** **Portland, OR 97228-6995** **(Account dedciated for property tax payments)** Line from *Schedule A/B*: **17.2** | $1,340.11 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Checking- 3525: Wells Fargo Bank, N.A.** **P.O. Box 6995** **Portland, OR 97228-6995** **(York Street HOA; jointly held with other HOA members)** Line from *Schedule A/B*: **17.3** | $17,595.53 | ☐ ■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking- 3525: Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br>**(York Street HOA; jointly held with other HOA members)**<br>Line from *Schedule A/B*: **17.3** | $17,595.53 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Way2Save Savings- 2347: Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br>**(Joint account held with minor daughter, Tula Nickolopoulos)**<br>Line from *Schedule A/B*: **17.4** | $1,909.70 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Way2Save Savings- 2347: Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br>**(Joint account held with minor daughter, Tula Nickolopoulos)**<br>Line from *Schedule A/B*: **17.4** | $1,909.70 | ■ $1,909.70<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Platinum Savings: Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br>**(Joint account with minor daughter, Sylvia Nickolopoulos)**<br>Line from *Schedule A/B*: **17.5** | $1,335.21 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Platinum Savings: Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br>**(Joint account with minor daughter, Sylvia Nickolopoulos)**<br>Line from *Schedule A/B*: **17.5** | $1,335.21 | ■ $1,335.11<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Checking- 3170: LendingClub, N.A.**<br>**1 Harbor St., Suite 201**<br>**Boston, MA 02210**<br>Line from *Schedule A/B*: **17.6** | $1.89 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Checking- 3170: LendingClub, N.A.**<br>**1 Harbor St., Suite 201**<br>**Boston, MA 02210**<br>Line from *Schedule A/B*: **17.6** | $1.89 | ■ $857.64<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Checking- 0622: Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br>**(Joint account held with minor daughter, Tula Nickolopoulos)**<br>Line from *Schedule A/B*: **17.7** | $936.55 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Checking- 0622: Wells Fargo Bank, N.A.** P.O. Box 6995 **Portland, OR 97228-6995 (Joint account held with minor daughter, Tula Nickolopoulos)** Line from *Schedule A/B*: **17.7** | $936.55 | ■ $936.55 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Checking- 0580: Wells Fargo Bank, N.A.** P.O. Box 6995 **Portland, OR 97228-6995 (Joint account held with minor daughter, Sylvia Nickolopoulos)** Line from *Schedule A/B*: **17.8** | $332.21 | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Checking- 0580: Wells Fargo Bank, N.A.** P.O. Box 6995 **Portland, OR 97228-6995 (Joint account held with minor daughter, Sylvia Nickolopoulos)** Line from *Schedule A/B*: **17.8** | $332.21 | ■ $332.21 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Checking- 9170: LendingClub, N.A.** 1 Harbor St., Suite 201 **Boston, MA 02210** Line from *Schedule A/B*: **17.9** | $26.28 | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Checking- 9170: LendingClub, N.A.** 1 Harbor St., Suite 201 **Boston, MA 02210** Line from *Schedule A/B*: **17.9** | $26.28 | ■ $26.28 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Charles Schwab & Co., Inc.** P.O. Box 982603 **El Paso, TX 79998-2603 Roth Contributory IRA** Line from *Schedule A/B*: **21.1** | $20,533.03 | ■ $20,533.03 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **401(A): TIAA Cref 401A DC Plan** 730 Third Ave. **New York, NY 10017-3206** Line from *Schedule A/B*: **21.2** | $7,804.27 | ■ $7,804.27 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **IRA: LPL Financial IRA** Attn: Lisa Sloan **334 NE Irving Ave., Suite 102 Bend, OR 97701** Line from *Schedule A/B*: **21.3** | $154,828.00 | ■ $154,828.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Profit-Sharing Plan: San Fancisco Deferred Compensation Plan- Voya Financial** P.O. 990064 **Hartford, CT 06199** Line from *Schedule A/B*: **21.4** | $88,149.36 | ■ $88,149.36 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fiduciary Trust Company of New Hampshire<br>P.O. Box 219638<br>Kansas City, MO 64121-9638**<br>Line from *Schedule A/B*: **21.5** | **$24,096.92** | ■  **$24,096.92**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Debtor retains unliquidated claims against Chris Nickolopoulos, her husband (from whom she has been separated since November 19, 2022) for child support and child expenses. Given Mr. Nickolopoulos' negligible present income, and given that the minor childr**<br>Line from *Schedule A/B*: **34.1** | **Unknown** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.111** |
| **San Francisco Employee's Retirement System (SFERS):  Debtor will receive retirement benefits from SFERS upon retirement. Debtor will be vested in approximately 7 years. The present value of such benefits is unknown to the Debtor, but was was attributed an**<br>Line from *Schedule A/B*: **34.2** | **Unknown** | ■  **Unknown**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.110** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐  No

■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■  No

    ☐  Yes

| | |
|---|---|
| Debtor 1 | **Sheila Ileana Nickolopoulos** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 25-30167 |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

### 2.1 Freedom Mortgage

Creditor's Name

P.O. Box 619063
TX 75621-9063

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**

1113A York Street San Francisco, CA 94110  San Francisco County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| **$292,911.00** | **$950,000.00** | **$0.00** |
|---|---|---|

### 2.2 FreedomRoad Financial

Creditor's Name

P.O. Box 4597
Hinsdale, IL 60522-4597

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**

2018 Vespa 4,100 miles

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| **$1,932.00** | **$2,505.00** | **$0.00** |
|---|---|---|

Case: 25-30167   Doc# 23   Filed: 04/14/25   Entered: 04/14/25 16:26:51   Page 17 of 37

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$294,843.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$294,843.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]

Name, Number, Street, City, State & Zip Code

**Freedom Mortgage**
**P.O. Box 50485**
**Indianapolis, IN 46250-0485**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ___

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 18 of 37

| | |
|---|---|
| Debtor 1 | **Sheila Ileana Nickolopoulos** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | 25-30167 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☐ Yes.

**2.  List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **CA Dept. of Tax and Fee Adminstration** | | | |
| | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |
| | Priority Creditor's Name | | | |
| | **Account Information Group; MIC:29 P.O. Box 942879 Sacramento, CA 94279-0029** | When was the debt incurred? _____ | | |
| | Number Street City State Zip Code | | | |

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 19 of 37

| 2.2 | **California State Board of Equalization** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

**California State Board of Equalization**
Priority Creditor's Name
**Account Information Group, MIC:29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

---

| 2.3 | **City and County of San Francisco** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

**City and County of San Francisco**
Priority Creditor's Name
**1 Dr. Carlton B. Goodlett Place**
**City Hall, Room 140**
**San Francisco, CA 94102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

---

| 2.4 | **Employment Development Department** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

**Employment Development Department**
Priority Creditor's Name
**7677 Oakport St., Suite 400**
**Oakland, CA 94621**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

Case: 25-30167   Doc# 23   Filed: 04/14/25   Entered: 04/14/25 16:26:51   Page 20 of 37

| 2.5 | **Employment Development Dept.** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Bankruptcy Unit- MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

---

| 2.6 | **Franchise Tax Board** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Bankruptcy Unit**
**P.O.Box 2952**
**Sacramento, CA 95812**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

---

| 2.7 | **Franchise Tax Board** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**P.O. Box 1673**
**Sacramento, CA 95812**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 21 of 37

| 2.8 | **Franchise Tax Board** | Last 4 digits of account number _____ | **$550.00** | **$0.00** | **$550.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. Box 942867**
**Sacramento, CA 94267-0011**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
☐ Other. Specify _____

**2024 state income taxes.**

---

| 2.9 | **Franchise Tax Board** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Bankruptcy Section, MS A-340**
**Sacramento, CA 94279-0074**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
☐ Other. Specify _____

**Notice only.**

---

| 2.10 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Special Procedures Section**
**1301 Clay St., Stop 1400S**
**Oakland, CA 94612**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
☐ Other. Specify _____

**Notice only.**

Case: 25-30167   Doc# 23   Filed: 04/14/25   Entered: 04/14/25 16:26:51   Page 22 of 37

| 2.1 1 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**P.O. Box 105416**
**Atlanta, GA 30348-5416**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No
☐ Yes

☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

---

| 2.1 2 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$4,601.00** | **$0.00** | **$4,601.00** |

Priority Creditor's Name

**Ogden, UT 84201-0030**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No
☐ Yes

☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2024 federal income taxes.**

---

| 2.1 3 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No
☐ Yes

☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice only.**

Case: 25-30167   Doc# 23   Filed: 04/14/25   Entered: 04/14/25 16:26:51   Page 23 of 37

| 2.1 4 | **Office of the Treasurer & Tax Collector** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**P.O. Box 7426**
**San Francisco, CA 94120-7426**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**       ☐ Domestic support obligations

**Is the claim subject to offset?**                    ■ Taxes and certain other debts you owe the government

☐ No                                                   ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                                  ■ Other. Specify _____

                                           **Notice only.**

---

| Part 2: | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| 4.1 | **American Express** | **Unknown** |

Nonpriority Creditor's Name                 Last 4 digits of account number _____
**Global Collections/Strategy Legal**
**Group**                                    When was the debt incurred? _____
**200 Vesey St.**
**New York, NY 10285**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**       ☐ Student loans

**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Disputed debt incurred post-separation from estranged husband Christopher Nickolopoulos.**

☐ Yes                              ■ Other. Specify _____

| 4.2 | **Christopher Nickolopoulos** | | Last 4 digits of account number | | $0.00 |

**Christopher Nickolopoulos**
Nonpriority Creditor's Name
**715 Capp St.**
**San Francisco, CA 94110**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only.**

---

| 4.3 | **Citibank Credit Card Services** | | Last 4 digits of account number | | $12,267.28 |

**Citibank Credit Card Services**
Nonpriority Creditor's Name
**P.O. Box 9001037**
**Louisville, KY 40290-1037**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card (AAdantage 2375).**

---

| 4.4 | **Citibank Credit Card Services** | | Last 4 digits of account number | | $2,045.10 |

**Citibank Credit Card Services**
Nonpriority Creditor's Name
**P.O. Box 9001037**
**Louisville, KY 40290-1037**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card (Double Cash 7459).**

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 25 of 37

**4.5** | **Illinois Dept. of Employment Security**
Nonpriority Creditor's Name

**33 S. State St., 10th Fl.**
**Chicago, IL 60603-2802**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed debt incurred post-separation from estranged husband Christopher Nickolopoulos.**

---

**4.6** | **M. Dattani Credit Trust**
Nonpriority Creditor's Name

**Attn: Kaushi Dattani, Trustee**
**3305 20th St.**
**San Francisco, CA 94110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____  **$365,939.16**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Restaurant lease liability.**

---

**4.7** | **Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**350 Camino de la Reina**
**Suite 100**
**San Diego, CA 92108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Disputed debt incurred post-separation from estranged husband Christopher Nickolopoulos.**

---

Case: 25-30167   Doc# 23   Filed: 04/14/25   Entered: 04/14/25 16:26:51   Page 26 of 37

| 4.8 | **Northstar Location Services, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Attn: Financial Services Dept.**
**4285 Genesee St.**
**Buffalo, NY 14225-1943**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Disputed debt incurred post-separation from estranged husband Christopher Nickolopoulos.**

---

| 4.9 | **Professional Account Management, L.L.C.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 500**
**Horseheads, NY 14845-0500**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Various citiations incurred post-separation from estranged husband Christopher Nickolopoulos.**

---

| 4.10 | **San Francisco Municipal Transit Auth.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**11 S. Van Ness Ave.**
**San Francisco, CA 94103**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Various citiations incurred post-separation from estranged husband Christopher Nickolopoulos.**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| 4.1<br>1 | **Wells Fargo Card Services** | Last 4 digits of account number _____ | $223.98 |

Nonpriority Creditor's Name
**P.O. Box 51193**
**Los Angeles, CA 90051-5493**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card (Visa 4579).**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**American Airlines Credit Program**
**Citibank, N.A.**
**P.O. Box 6024**
**Sioux Falls, SD 57117-6024**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Citibank, N.A.**
**P.O. Box 6767**
**Sioux Falls, SD 57117-6767**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Citibank, N.A.**
**388 Greenwich St., 14th Floor**
**New York, NY 10013**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Duncan MacDonald**
**MacDonald Law, A Professional Corp.**
**100 Pine St., Suite 1250**
**San Francisco, CA 94111**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Wells Fargo Bank, N.A.**
**420 Montgomery St.**
**San Francisco, CA 94104**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 5,151.00 |

| | | | |
|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **5,151.00** |

| | | Total Claim |
|---|---|---|

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ **0.00** |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **380,475.52** |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **380,475.52** |

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 29 of 37

| Debtor 1 | **Sheila Ileana Nickolopoulos** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 25-30167 | | |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Christopher Nickolopoulos**<br>**715 Capp St.**<br>**San Francisco, CA 94110** | **Marital Separation Agreement, dated February 20, 2025. (As of Petition Date, the MSA had not been approved and reduced to judgment bythe Superior Court of California, City/County of San Francisco, in Case No FDI-23-798233).** |
| 2.2 | **Genworth Life and Annuity Ins. Co.**<br>**6610 West Broad Street**<br>**Bldg. 2**<br>**Richmond, VA 23230** | **Term life insurance.**<br>**(Beneficiaries are Debtor's two minor daughters)** |
| 2.3 | **Ilaria Salvatori**<br>**1113 York St.**<br>**San Francisco, CA 94110** | **Declaration of Covenants, Conditions and Restrictions (Homeowners Association)** |
| 2.4 | **Metromile Ins. Co.**<br>**5 Crosby St.**<br>**New York, NY 10013** | **Vehicle insurance.** |
| 2.5 | **Safeco Ins. Co. of Illinois**<br>**P.O. Box 704000**<br>**Salt Lake City, UT 84170** | **Vespa insurance.** |
| 2.6 | **The Standard Fire Ins. Co.**<br>**One Tower Sq.**<br>**Hartford, CT 06183** | **Property insurance.** |

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 30 of 37

**Fill in this information to identify your case:**

Debtor 1 | **Sheila Ileana Nickolopoulos**
First Name | Middle Name | Last Name

Debtor 2
(Spouse if, filing) | First Name | Middle Name | Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number | **25-30167**
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

　　　■ No
　　　☐ Yes.

　　　In which community state or territory did you live? __-NONE-__ . Fill in the name and current address of that person.

　　　_____
　　　Name of your spouse, former spouse, or legal equivalent
　　　Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1　**Christopher Nickolopoulos**<br>**715 Capp St.**<br>**San Francisco, CA 94110**<br>**Co-tenant on two restaurant leases.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**M. Dattani Credit Trust** |
| 3.2　**Christopher Nickolopoulos**<br>**715 Capp St.**<br>**San Francisco, CA 94110** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**San Francisco Municipal Transit Auth.** |

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 31 of 37

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3  **Christopher Nickolopoulos**<br>**715 Capp St.**<br>**San Francisco, CA 94110** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Illinois Dept. of Employment Security** |
| 3.4  **Christopher Nickolopoulos**<br>**715 Capp St.**<br>**San Francisco, CA 94110** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Professional Account Management, L.L.C.** |
| 3.5  **Christopher Nickolopoulos**<br>**715 Capp St.**<br>**San Francisco, CA 94110** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**American Express** |
| 3.6  **Christopher Nickolopoulos**<br>**715 Capp St.**<br>**San Francisco, CA 94110** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Northstar Location Services, LLC** |
| 3.7  **Christopher Nickolopoulos**<br>**715 Capp St.**<br>**San Francisco, CA 94110** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Midland Credit Management, Inc.** |

Debtor 1 **Sheila Ileana Nickolopoulos**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number **25-30167**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                           12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | Director of Policy | |
| Employer's name | | City and County of San Francisco | |
| Employer's address | | 1 S. Van Ness Ave., 5th Fl<br>San Francisco, CA 94103 | |
| How long employed there? | | 15 years | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 13,849.33 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 13,849.33 | $ N/A |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | 4. | | $ **13,849.33** | $ **N/A** |
| **5.** | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ **2,775.96** | $ **N/A** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | | $ **1,592.67** | $ **N/A** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | | $ **216.67** | $ **N/A** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | | $ **0.00** | $ **N/A** |
| | 5e. **Insurance** | 5e. | | $ **614.31** | $ **N/A** |
| | 5f. **Domestic support obligations** | 5f. | | $ **0.00** | $ **N/A** |
| | 5g. **Union dues** | 5g. | | $ **0.00** | $ **N/A** |
| | 5h. **Other deductions.** Specify: **FSA** | 5h.+ | | $ **277.33** + | $ **N/A** |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ **5,476.94** | $ **N/A** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ **8,372.39** | $ **N/A** |
| **8.** | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ **0.00** | $ **N/A** |
| | 8b. **Interest and dividends** | 8b. | | $ **0.00** | $ **N/A** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ **0.00** | $ **N/A** |
| | 8d. **Unemployment compensation** | 8d. | | $ **0.00** | $ **N/A** |
| | 8e. **Social Security** | 8e. | | $ **0.00** | $ **N/A** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | | $ **0.00** | $ **N/A** |
| | 8g. **Pension or retirement income** | 8g. | | $ **0.00** | $ **N/A** |
| | 8h. **Other monthly income.** Specify: | 8h.+ | | $ **0.00** + | $ **N/A** |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ **0.00** | $ **N/A** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **8,372.39** + $ **N/A** = | | $ **8,372.39** |
| **11.** | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ **0.00** | | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ **8,372.39** **Combined monthly income** | | |

**13.** **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 __Sheila Ileana Nickolopoulos__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number __25-30167__
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter (Tula) | 14 | ☐ No ■ Yes |
| Daughter (Sylvia) | 17 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,200.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 611.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 371.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 250.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 425.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 35 of 37

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | 197.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 55.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 239.00 |
| | 6d.   Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,444.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 813.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 313.00 |
| 10. | **Personal care products and services** | 10. $ | 56.00 |
| 11. | **Medical and dental expenses** | 11. $ | 240.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 394.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 505.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 75.00 |
| | 15b.   Health insurance | 15b. $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. $ | 174.50 |
| | 15d.   Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 80.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: | 17c. $ | 0.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | $ | 0.00 |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | 0.00 |
| | 20b.   Real estate taxes | 20b. $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **Pet expenses** | 21. +$ | 226.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 8,668.50 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 8,668.50 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 8,372.39 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 8,668.50 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -296.11 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.    Explain here:

Case: 25-30167    Doc# 23    Filed: 04/14/25    Entered: 04/14/25 16:26:51    Page 36 of 37

Debtor 1 **Sheila Ileana Nickolopoulos**
First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number **25-30167**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Sheila Ileana Nickolopoulos      X _____
**Sheila Ileana Nickolopoulos**         Signature of Debtor 2
Signature of Debtor 1

Date **April 14, 2025**         Date _____

Official Form 106Dec      Declaration About an Individual Debtor's Schedules