| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Sheila Ileana Nickolopoulos** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 25-30167 | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | 150 Chenery St. San Francisco, CA 94131 | From-To: September 2013- July 2022. | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $37,848.85 | ☐ Wages, commissions, bonuses, tips | |
   | | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $142,044.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $128,098.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Interest / Dividends | Unknown | | |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | Interest / Dividends | $2,734.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | Interest / Dividends | $7,121.00 | | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.    Go to line 7.
   ■ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| | |
|---|---|
| Debtor 1 **Sheila Ileana Nickolopoulos** | Case number (*if known*) 25-30167 |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Freedom Mortgage**<br>P.O. Box 619063<br>TX 75621-9063 | 12/3/24; 12/31/24; 1/31/24; 3/3/25 ($2,200.00 on each occasion) | $8,800.00 | $292,911.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Citibank Credit Card Services**<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 | 12/11/24 ($2,003.26);<br>12/22/24 ($2,003.27);<br>1/11/25 ($1,477.23);<br>1/22/25 ($1,477.23);<br>2/11/25 ($1,475.16);<br>2/24/25 ($1,475.16). | $9,911.31 | $2,045.10 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Tula Nickolopoulos (Daughter)**<br>1113A York Street<br>San Francisco, CA 94110 | 1/27/25 ($300.00);<br>2/3/25 ($67.25);<br>2/10/25 ($50.00). | $417.25 | $0.00 | **Miscellaneous expenditures (babysitting reimbursement)/gift. Note: these payments do not include payments regularly made by Debtor for expenses associated with raising and providing for her daughter.** |
| **Sylvia Nickolopoulos**<br>1113A York St.<br>San Francisco, CA 94110 | 1/27/25 | $300.00 | $0.00 | **Christmas gift. Note: these payments do not include payments regularly made by Debtor for expenses associated with raising and providing for her daughter.** |
| **Christopher Nickolopoulos**<br>715 Capp St.<br>San Francisco, CA 94110 | 2/26/25 ($37,604.00) | $37,604.00 | $0.00 | **Payment was made pursuant to prepetition Marital Seaparation Agreement, as an equalizing payment.** |

Case: 25-30167　Doc# 24　Filed: 04/14/25　Entered: 04/14/25 16:27:33　Page 3 of 11

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|
   | Tula Nickolopoulos/Sylvia Nickoloupos<br>1113A York St.<br>San Francisco, CA 94110 | 3/15/24 ($29,000 for each daughter).  Debtor has also made continuous payments for daughters' additional educational and houehold expenses over previous year. | $58,000.00 | $0.00 | Debtor made contributions to her daughters' 529 plans on 3/15/24 (these accounts have since been depleted to meeto other expenses. Further, not having received support from her estranged husband, Debtor has made numerous, contininuous payments benefitting her minor, dependent daughters, Tula and Sylvia Nickolopoulos, including educational and household expenses.  The precise amount of the payments benefitting Debtor's daughters is presently unknown (and likely cannot be practically calculated). |

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | In re Marriage of Nickolopoulos (Sheila Nickolopoulos v. Christopher Nickolopoulos)<br>FDI-23-798233 | Marital dissolution. | San Francisco Superior Court<br>400 McAllister St.<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | M. Dattani Credit Trust v. Christopher Nickolopoulos et al.<br>CGC-24-6129833 | Breach of lease/contract. | San Francisco Superior Court<br>400 McAllister St.<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

| Debtor 1 | Sheila Ileana Nickolopoulos | Case number (*if known*) 25-30167 |
|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☒ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☒ No
    ☐ Yes

### Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☐ No
    ☒ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | Tula Nickolopoulos<br>1113A York St.<br>San Francisco, CA 94110 | Christmas gift. | 1/27/25 | $300.00 |
    | Person's relationship to you: **Daughter** | | | |
    | Sylvia Nickolopoulos<br>1113A York St.<br>San Francisco, CA 94110 | Christmas gift. | 1/27/25 | $300.00 |
    | Person's relationship to you: **Daughter** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☒ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

### Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☒ No
    ☐ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
    |---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Brunetti Rougeau LLP**<br>235 Montgomery St., Suite 830<br>San Francisco, CA 94104<br>www.brlawsf.com | Chapter 7 retainer. | 2/4/25 | $7,500.00 |
| **Kornfield, Nyberg, Bendes et al.**<br>1970 Broadway #600<br>Oakland, CA 94612<br>www.kornfieldlaw.com | Consultation fee. | April 11, 2024 | $1,900.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **See Attachment "A."** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | Sheila Ileana Nickolopoulos | Case number (if known) | 25-30167 |

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☐ No
    ■ Yes. Fill in the details.

    | Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|
    | Tula/Sylvia Nickolopoulos<br>1113A York St.<br>San Francisco, CA 94110 | 1113A York St.<br>San Francisco, CA 94110 | Debtor retains property for her minor daughters, Tual and Sylvia Nickolopoulos. | Unknown |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

Debtor 1  Sheila Ileana Nickolopoulos          Case number (*if known*) 25-30167

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No
    ☐ Yes. Fill in the details.

    | Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
    |---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

    | Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|
    | **See Attachment "A."** | | **EIN:**<br><br>**From-To** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ■ No
    ☐ Yes. Fill in the details below.

    | Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
    |---|---|

Debtor 1　Sheila Ileana Nickolopoulos　　　　　Case number (if known) 25-30167

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Sheila Ileana Nickolopoulos
**Sheila Ileana Nickolopoulos**
Signature of Debtor 1

Signature of Debtor 2

Date　April 14, 2025　　　　　　　　　　　Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## In re Shelia Ileana Nickolopoulos;
## Chapter 7 Case No. 25-30167

### Attachment "A" to Statement of Financial Affairs

Prior to the separation from her estranged husband, Christopher Nickolopoulos, in November 2022, continuing to the present, the Debtor has made countless transfers outside of what she would consider her "ordinary course of business," but those transfers cannot be readily quantified, given the Debtor's situation and given the vagueness of the term "ordinary course of business" as it applies to an individual debtor.

The Debtor and Mr. Nickolopoulos sold their prior residence, located at 150 Chenery St., San Francisco, California, in October 2022, for a sale price of $1,960,000.00, with net sale proceeds of $766,822.39. The Debtor and Mr. Nickolopoulos were separated in November 2022.

From the sale proceeds and from her income and savings since the sale of the Chenery property- and given that she has not received financial support from Mr. Nickolopoulos, is a defendant in pending litigation against the commercial landlord who rented restaurant space to Mr. Nickolopoulos' restaurants, and is a party to a marital dissolution proceeding against Mr. Nickolopoulos- the Debtor has since made numerous payments she most likely would not have made had her marriage were intact, and if she were not subject to litigation.

Those payments include, but are not limited to, *estimated* aggregate payments of $40,000 to reduce credit card debt, $20,000 for vehicle payments, $49,000 in deferred maintenance for Debtor's property located at 1113A York St., San Francisco, CA 94110, an $82,000 cash advance to Mr. Nickolopoulos, $70,000 in legal fees (litigation counsel, family law mediator, bankruptcy retainer), $20,000 in educational expenses generally, $37,604.00 to Mr. Nickolopoulos pursuant to a Marital Separation Agreement ("MSA") between the parties, $20,000 in IRA contributions in 2023, 2024, 2025, $136,795 paid in early to mid 2024 toward Debtor's daughters' 529 educational accounts (this amount has been considerably depleted for Debtor's expenses, including providing for her daughters since then), $6,200 for orthodontics and $5,000 in veterinarian expenses.

On February 20, 2025, in the context of the parties' marital dissolution proceeding, the Debtor entered into the MSA (pursuant to which she made the aforementioned equalizing payment to Mr. Nickolopoulos). The MSA was submitted to the San Francisco Superior Court as part of the parties' pending marital dissolution proceeding (*In re Marriage of Nickolopoulos*, Case No. FDI-23-798233; the "Marital Dissolution Proceeding") the following day. Following the commencement of that case, the Debtor and Mr. Nickolopoulos entered into a Marital Separation Agreement (the "MSA"), dated February 18, 2025, to facilitate entry of judgment dissolving their marriage. While a proposed judgment was submitted to the San Francisco Superior Court prior to the commencement of the parties' respective Chapter 7 cases, judgment had not been entered as of March 3, 2025. Pursuant to the MSA, Debtor disclaimed any interest in various limited liability companies owned and operated by Mr. Nickolopoulos. Those companies are as follows: (1) Maritime Wine Trading Collective LLC; (2) Halcyon Syndicate LLC; (3) Linden & Laguna LLC; and (4) Ivory & Vine LLC. The Debtor was and is not a

member or manager of any of these companies, and is not cognizant of the assets and liabilities associated with them. She believes one or more of them retains wine inventory in an unknown quantity. Her interest, if any, might be attributed to her community relationship with Mr. Nickolopoulos.

       In sum, since her separation, commencement of the Marital Dissolution Proceeding, and litigation commenced against her by the M. Dattani Credit Trust, and given that she has received no financial support from Mr. Nickolopoulos, little of Debtor's life has been "ordinary," as she defined it prior to October 2022.